UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/16
```

MARIE SOPHIE JAAFARI,

          Plaintiff,

-v-

LE PERIGORD, INC.

          Defendants.

No. 15-cv-5743 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Now before the Court is the parties' motion for final approval of the Settlement Agreement and General Release (the "Settlement"), dated April 14, 2016. (Doc. Nos. 34, 34-1.) For the reasons stated on the record at the fairness hearing, dated May 27, 2016, the Court finds that the Settlement is fair and reasonable. *See Dorain Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). Thus, IT IS HEREBY ORDERED that the Settlement is approved. The Court further finds that the request of Plaintiff's counsel for attorneys' fees and litigation costs and expenses in this action is fair and reasonable. Thus, IT IS FURTHER ORDERED that Plaintiff's counsel is hereby awarded attorneys' fees and costs as set forth in the Settlement.

    The Court shall retain exclusive and continuing jurisdiction over this action for the purposes of supervising the implementation, enforcement, construction, administration, and interpretation of the Settlement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). The Clerk of the Court is respectfully directed to close this case.

Dated:    May 27, 2016
              New York, New York

                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES DISTRICT JUDGE